JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MONROE, | Case No. CV 10-7522-JST (DTB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| FRANCISCO QUINTANA, | |
| Respondent. | |

In accordance with the Order re Summary Dismissal filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: June 16, 2011

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

1